IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00058 JSW |
| Plaintiff, | **ORDER RE CORRESPONDENCE, AND ORDER TO SHOW CAUSE** |
| v. | |
| TONY GIOVANNI JOSEPH, | |
| Defendant. | |

The Court has received two letters from the Defendant. The Court shall provide defense counsel with copies of each letter, and shall file the originals under seal pending further order of the Court as a Court Exhibit. It is HEREBY ORDERED that defense counsel shall show cause in writing, by no later than June 30, 2014, why the Court should not unseal the letters and disclose them to the Government. If defense counsel believes her response should be filed under seal, she should file a request to do setting forth the factual and legal basis for her request.

**IT IS SO ORDERED.**

Dated: June 16, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE