IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00058 JSW |
| Plaintiff, | **THIRD ORDER RE CORRESPONDENCE, AND ORDER TO SHOW CAUSE** |
| v. | |
| TONY GIOVANNI JOSEPH, | |
| Defendant. / | |

The Court continues to receive correspondence in varied forms from the Defendant. It also has received a letter from his motion. The Court shall provide defense counsel with copies of this correspondence, and it shall file the originals under seal pending further order of the Court as a Court Exhibit. Based on counsel's previous responses to the Orders to show cause issued by the Court, the Court shall not require counsel to disclose the materials that it received directly from Mr. Joseph at this time. However, the Court reserves the right to revisit that ruling as this case progresses. The Court HEREBY ORDERS defense counsel to show cause why the letter from Mr. Joseph's mother should not be provided to the Government. Counsel's response shall be due by July 15, 2014, and if she believes her response should be filed under seal, she should file a request to do setting forth the factual and legal basis for her request.

**IT IS SO ORDERED.**

Dated: July 8, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY GIOVANNI JOSEPH,

    Defendant.
                               /

Case Number: CR12-00058 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laura Suzanne Robinson
6114 LaSalle Avenue, #216
Oakland, CA 94611

Dated: July 8, 2014

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk