IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TONY GIOVANNI JOSEPH,<br><br>　　　　Defendant.<br>_____/ | No. CR 12-00058 JSW<br><br>**ORDER TO SHOW CAUSE AND ORDER RE EXCLUSION OF TIME** |

On February 23, 2015, Defendant filed a motion to disclose information regarding a confidential informant. Pursuant to the briefing schedule set by the Court, the Government's opposition brief was due on March 2, 2015. (*See* Docket No. 108.) The Government has not filed an opposition, and it has not asked for an extension of time to do so. Accordingly, the Court HEREBY ORDERS the Government to show cause as to why Defendant's motion should not be granted as unopposed. The Government's response shall be due by no later than 12:00 p.m. on March 9, 2015. The deadline for Defendant to file his reply is VACATED pending further order of the Court. The Court also notes that it has not yet received a stipulation and proposed order regarding exclusions of time for the period of February 3, 2015 to February 23, 2015.

**IT IS SO ORDERED.**

Dated: March 4, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE